IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK J. MARSHALL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-cv-00769-JPG-DGW |
| CODY E. MAHAN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that all Claims against defendants **Cody E. Mahan, Dylan Prather, Thomas Prather, Jeffery Fields, Terry Hamon, Leo Simburger, Village of Marissa, Village of New Athens, and Village of Lenzburg** are dismissed with prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants, **Cody E. Mahan, Dylan Prather, Thomas Prather, Jeffery Fields, Terry Hamon, Leo Simburger, Village of Marissa, Village of New Athens, and Village of Lenzburg** and against plaintiff **Mark J. Marshall.**

**DATED:** 5/2/2017　　　　　　　　　　　　　　**Justine Flanagan**
　　　　　　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　　　*s/Tina Gray*__**, Deputy Clerk**__

**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**